U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 0 9 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RALPH LIRETTE | CIVIL ACTION NO. 08-0925 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| ARROW INDUSTRIES, INC. & TENNESSEE GAS PIPELINE CO. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Arrow's motion to dismiss, doc. #8, is GRANTED and that Tennessee Gas' motion for summary judgment, doc. #14, is GRANTED and plaintiff's suit is dismissed.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 9th day of September, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**